IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES L. MERRIMON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-1137 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff James L. Merrimon's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 17), and Defendant Commissioner of Social Security's Cross-Motion for Judgment on the Pleadings ("Defendant's Motion") (Doc. No. 20). Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 22) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on September 30, 2010, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this \_\_\_28th\_\_\_ day of October, 2010.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT